O 245D (Rev. 3/01) Judgment in a Criminal Case for Revocations - Sheet 1

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| v. | (For Offenses Committed On or After November 1, 1987) |
| JOHN ANTHONY BUFORD | |
| | Case No. 1:98-cr-171-01 |
| | Ray Kent |
| | Defendant's Attorney |

**THE DEFENDANT** admitted guilt to violations of the conditions of the term of supervision.

**ACCORDINGLY**, the Court has adjudicated the defendant is guilty of the following violation(s):

| **Violation Number** | **Nature of Violation** | **Date Violation Concluded** |
|---|---|---|
| One | Commission of a new crime and possession of crack cocaine | October 31, 2005 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: April 18, 2006


Dated in Kalamazoo, MI:                    /s/Richard Alan Enslen
April 18, 2006                             Richard Alan Enslen
                                           Senior United States District Judge

AO 245D (Rev. 0/00 Judgment in a Criminal Case for Revocations Sheet 2 - Imprisonment
Judgment--Page 2 of 2
Defendant: JOHN ANTHONY BUFORD
Case Number: 1:98-cr-171-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for total term of **twenty-four (24) months**.

■ The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows: _____

_____

_____

_____

Defendant delivered on _____ to _____

_____,
with a certified copy of this judgment.

_____
United States Marshal

By_____
Deputy Marshal